IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MELTON LEE MILLER
ADC #82966                                                                                     PLAINTIFF

v.                              No. 5:11-cv-209-DPM

J. FRANKLIN, L. SKINNER,
and MYTH                                                                                      DEFENDANTS

ORDER

In late September, the Court ordered Miller to either file a properly completed *in forma pauperis* application or pay the full $350.00 filing fee within fifteen days. *Document No. 7.* More than a month has passed with no filings or other communications from Miller to the Court. Miller's complaint is therefore dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 October 2011