# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**MELTON LEE MILLER**
**ADC #82966**                                                          **PLAINTIFF**


**v.**                          **No. 5:11-cv-209-DPM**


**J. FRANKLIN, L. SKINNER,**
**and MYTH**                                                            **DEFENDANTS**


## JUDGMENT

Melton Miller's complaint is dismissed without prejudice.


_____
D.P. Marshall Jr.
United States District Judge

27 October 2011