IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MELTON LEE MILLER
ADC #82966                                                                PLAINTIFF

v.                            No. 5:11-cv-209-DPM

J. FRANKLIN, L. SKINNER,
and MYTH                                                                 DEFENDANTS

JUDGMENT

Melton Miller's complaint is dismissed without prejudice.

*signature*
D.P. Marshall Jr.
United States District Judge

27 October 2011